CAROL MERICLE ET AL. *v.* PETER YOUNG ET AL.
(6037)

BORDEN, DALY and NORCOTT, Js.

Argued May 10—decision released May 18, 1988

*Max F. Brunswick,* for the appellants (named defendant et al.).

*Peter Blasini,* for the appellees (plaintiffs).

PER CURIAM. There is no error.